UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.1:15-cr-00007-RJJ |
| | ) | |
| v. | ) | Honorable Robert J. Jonker |
| | ) | |
| RAFAEL ANTONIO MORA-FLORES, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |
| | ) | |

Defendant appeared before me on January 13, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.  I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 13th day of January, 2015.

/s/ Phillip J. Green_____
United States Magistrate Judge